# EXHIBIT A

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To  JEFFREY P MILLER
    MERCANTILE ADJUSTMENT BUREAU
    6390 MAIN STREET
    WILLIAMSVILLE, NY 14221-

SOP Transmittal # GA32927

(800) 767-1553 - Telephone
(609) 716-0829 - Fax

Defendant MERCANTILE ADJUSTMENT BUREAU, LLC
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of   GEORGIA   on this 28 day of   July   , 2008   The following is a summary of the document(s) received

1   Title of Action.  Roger Kruk v MERCANTILE ADJUSTMENT BUREAU, LLC

2   Document(s) served

    __ Summons          __ Subpoena                __ Injunction
    __ Complaint        __ Third Party Complaint   __ Notice of
    __ Petition         __ Demand for Jury Trial   __ Mechanics Lien
    __ Garnishment      __ Default Judgement       X  Other Statement of Claim

3   Court of Jurisdiction/   Gwinnett County Magistrate Court-Ga
    Case & Docket Number   08M22429

4   Amount Claimed, if any.  n/a

5   Method of Service (select one)
    X Personally served by     __ Process Server        X Deputy Sheriff       __ U S Marshall
    __ Delivered Via           __ Certified Mail        __ Regular Mail        __ Facsimile
                                  (Envelope enclosed)      (Envelope enclosed)
    __ Other (Explain)

6   Date and Time of Service  7/28/2008 2 33 06 PM EST (GMT -5)

7   Appearance/Answer Date.  30 Days

8   Plaintiff's Attorney
    (Name Address & Telephone Number)
    2433 Twilight View
    Snellville, Ga 30078
    678-758-7929

9   Federal Express Air bill # 798986697453

10  Call Made to VM - JEFFREY P MILLER

11  Special Comments

NATIONAL REGISTERED AGENTS, INC          Copies To

Transmitted by Demeka Beckham

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc for informational purposes only and should not be considered a legal opinion It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action

ORIGINAL

| | |
|---|---|
| Civil Action No O8M22429<br>Date Filed 7/23/08 | MAGISTRATE COURT,<br>GWINNETT COUNTY, GEORGIA |
| Attorney's or Plaintiff's Address & Tel #<br>2433 Twilight View<br>Snellville, GA 30078<br>678-758-7?? | PLAINTIFF Roger Kurth<br>vs<br>Mercantile Adjustment Bureau LLC<br>DEFENDANT |
| Name and Address & Tel # of Party to be Served<br>National Registered Agents Inc.<br>3761 Venture Drive<br>Duluth, GA 30096<br>800 277-9971 | GARNISHEE<br>Other attached documents also served _____ |

**SHERIFF'S ENTRY OF SERVICE**

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS

[ ] **PERSONAL** Upon the following named defendant

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county

Delivered the same to _____ described as follows
approximate age ____ years, approximate weight ____ pounds, approximate height ____ feet and ____ inches, domiciled at the listed residence of the defendant

[✓] **CORPORATION** Upon corporation _____

By serving _____, in charge of the office and place of business of the corporation in this county

By serving _____, its registered agent

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court

This ____ day of _____ 20 __

SHERIFF DOCKET _____ PAGE _____

TIME _____ M

DEPUTY _____

Roger Kurth
2433 Twilight View
Snellville, GA 30078

Plaintiff(s) Name, Address

vs

Mercantile Adjustment Bureau LLC
40 West Ave.
Rochester NY 14611

Defendant(s) Name, Address & Daytime Telephone #, if known, Or evening #

Clerk, Gwinnett Magistrate Court, P O Box 246
Lawrenceville, GA 30046-0246 (770-822-8100, Ext Civil Div)

Civil Action No. 08M22429

## STATEMENT OF CLAIM

INFO & FORMS ON INTERNET, www.gwinnettcourts.com
E-Mail mag@gwinnettcounty.com

2008 JUL 23 PM 2:47
TOM LAWLER, CLERK
FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA

[ ] Suit on Note  [ ] Suit on Account  [X] Other _____

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Gwinnett County, [✓] Other (please specify)
Registered Agent for Corporation is located in Gwinnett County

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim) Defendant reported false debt information to Equifax, violating the Fair Debt Collection Practices Act. Once notified by their client, defendant failed to have the Collection Report removed from my Credit Report, resulting in denied credit, reduced credit, increased mortgage interest rates, and disgrace in dealing with credit issues.

3. That said claim is in the amount of $ 15,000.00 , principal $ _____ interest, plus 7/% costs to date, and all future costs of this suit

State of Georgia, Gwinnett County

Roger Kurth being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense

Sworn and subscribed before me this
23 day of July 20 08

Notary Public/Attesting Official

Plaintiff(s) or Agent
(If Agent-Title or Capacity)
678-758-7929
Day Time Phone Number

I request a civil trial [ ] during normal business hours —OR— [ ] 6.30 p.m. Trial  ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

### NOTICE AND SUMMONS

TO All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period NO TELEPHONE ANSWERS ARE PERMITTED The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr, Lawrenceville, GA [30045-6935], at a time to be scheduled after your answer is filed You may come to court with or without an attorney If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances Your answer must be RECEIVED by the clerk within 30 days of the date of service If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours

This 23 day of July 20 08

Magistrate or Deputy Clerk of Court
See Instructions on Reverse Side of this Document

## GENERAL INSTRUCTIONS -- IF YOUR CASE GOES TO TRIAL

The instructional tape "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23 on the following days and times Monday, 5 30 P M & Saturday, 4 30 P M In Spanish, Tuesday, 5 30 P M, & Sunday, 4 30 P M   Current scheduling can be confirmed on the web-site, www.co.gwinnett.ga.us, click on Calendar click on Cable Calendar

See the courts website, www.gwinnettcourts.com_

Additionally, you must be prepared and **ON TIME**. Bring all of your witnesses, documents, photographs, etc to court with you If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked

The following may help you in preparing your claim or defense
- [ ] All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change All court notices come by regular mail If you fail to provide your new address, you may miss your trial & lose your case

- [ ] I will bring the following to court to prove my case
    - [ ] Written contracts, leases, IOUs, notes, and all written documents applicable to the case
    - [ ] Letters and/or papers relating to the case
    - [ ] Bills or estimates, invoices  (The person(s) who prepared the bills or estimates should accompany you to court)
    - [ ] Canceled checks
    - [ ] Photographs
    - [ ] Witnesses (Should accompany you  Notarized statements CANNOT be accepted as evidence at a trial )
    - [ ] All other evidence you consider relevant

- [ ] I will bring to court all witnesses having firsthand knowledge of my case  They have not heard evidence from someone else  [NOTE Impartial witnesses who have no stake in the outcome of the case are generally more believable]

- [ ] I need to get a subpoena (order to appear) from the Clerk of Court for some witnesses to make certain that they appear I need to get subpoenas for the production of documents

- [ ] This case involves damage to property (for example, a car, the home, etc )

    - [ ] I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support **my opinion of the value of the property before and/or after** the damage  [NOTE a case involving damages must always be proved by LIVE TESTIMONY]  Bring/subpoena the person to court who prepared the estimates_

    - [ ] I can describe the condition of the property before the damage and I have determined what it was worth then  I have a Bluebook/Blackbook guide, or newspaper ads to help prove my opinion  I can describe with reasonable certainty the cost of repairs  I have researched the law as to the correct measure of damages

**FOR PLAINTIFF**
- [ ] The party I have named is liable to me   (There is not a another person or corporation who really owes the money to me (Just because a person is an officer/registered agent of a corporation does not make that person liable )
- [ ] I can prove the amount of the complaint  I have not asked for more money than is really owed me

**FOR THE DEFENDANT**
- [ ] I filed an answer/counterclaim to the Plaintiff's claim on time

- [ ] I do not owe the money because someone else is legally responsible, a third party or a corporation

- [ ] I do not owe the Plaintiff anything for some other reasons

- [ ] The Plaintiff is suing for more than the damage

- [ ] The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim
    (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim )

- [ ] I owe most or all of the money the Plaintiff claims but I need more time to pay it  I need to set up a payment plan  I will try to work this out with the plaintiff before court  Otherwise, I will tell the judge I need a payment plan at the court date judge

NOTE The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidence as any other court  You may wish to seek legal advice from an attorney if the importance of your case warrants it  You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case